# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MELINDA K. RHODES,**

      **Plaintiff,**

 v.                                      **Case No.:  2:13-cv-1147**
                                                        **JUDGE GEORGE C. SMITH**
                                                        **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on August 17, 2015.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The Commissioner of Social Security's non-disability finding is hereby reversed and this case is remanded to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g) for further consideration consistent with the Report and Recommendation.

The Clerk shall remove Document 36 from the Court's pending motions list and remand this case.

      **IT IS SO ORDERED.**

                                                             */s/ George C. Smith*
                                                            **GEORGE C. SMITH, JUDGE**
                                                            **UNITED STATES DISTRICT COURT**